UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DARDEN, | ) | **JUDGMENT** |
|     Plaintiff | ) | |
| | ) | No. 5:09-CV-184-H |
| v. | ) | |
| | ) | |
| SAINT GOBIAN | ) | |
| CONTAINER INC., | ) | |
|     Defendant. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the defendant's motion for summary judgment**

**IT IS ORDERED, ADJUDGED AND DECREED defendant's motion for summary judgment is granted and this case is closed.**

This Judgment Filed and Entered on August 1, 2011 with service on:

William Darden, (via US Mail), 103 Tuskegee St. E., Wilson, NC 27893
Bernhard W. Mueller (via cm/ecf Notice of Electronic Filing)
Thomas A. Farr (via cm/ecf Notice of Electronic Filing)

Date:  August 1, 2011

                                          DENNIS P. IAVARONE, CLERK
                                          /s/ Delsia Heath
                                          (By): Delsia Heath, Deputy Clerk